# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153976(43)

ALBERT KOSIS,
               Plaintiff-Appellee,

v

CITY OF LIVONIA,
               Defendant-Appellant.
_____/

SC: 153976
COA: 326211
Wayne CC: 13-015060-NO

On order of the Chief Justice, the motion of the Michigan County Road Commission Self-Insurance Pool to participate as amicus curiae and submit a brief in support of defendant-appellant's application for leave to appeal is GRANTED. The amicus brief submitted on September 30, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk